[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 27, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-10004
Non-Argument Calendar

_____

D. C. Docket No. 99-00208-CR-PAS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE DUPREE COGDELL,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(March 27, 2006)**

Before TJOFLAT, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

On May 23, 2000, the district court sentenced appellant to prison terms

totaling 420 months for conspiring to traffick cocaine and related offenses. In addition to sentencing appellant to prison, the court, as part of its final judgment, forfeited to the Government appellant's interest in $59,000 the Government had seized. Appellant appealed his convictions and sentences, and we affirmed. United States v. Cogdell, No. 00-13320 (December 27, 2001) (not published).

On October 15, 2004, appellant filed a motion for return of property, i.e., the $59,000 forfeited to the Government. The court denied his motion. He now appeals this ruling.

We affirm. Appellant's sole means of recourse for obtaining this forfeited property was in his direct appeal of his convictions and sentences, not a motion for the return of property.

**AFFIRMED.**